No. 93–5323. BOYKIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5324. AZIZ, AKA GILLIARD v. WARDEN, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5327. SARIT ET AL. v. DRUG ENFORCEMENT ADMINISTRATION. C. A. 1st Cir. Certiorari denied.

No. 93–5328. WILSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5329. TURNER v. BOSWELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–5330. SANDERS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–5332. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5333. JAMES v. SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–5334. GLASPER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–5335. HILL v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 93–5336. GOMEZ, AKA LUCHO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5337. LIZARRAGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5339. ARELLANO-CARDENAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5340. AUSTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.